| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK<br>------------------------------------- x<br><br>M.G. ON BEHALF OF A.M.,<br><br>                 Plaintiff,<br><br>        -against-<br><br>NEW YORK CITY DEPARTMENT OF<br>EDUCATION,<br><br>                 Defendant.<br>------------------------------------- x | USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC# _____<br>DATE FILED: 7/1/09<br><br><br>09 Civ. 4982 (BSJ) (AJP)<br><br>**ORDER OF DISMISSAL ON CONSENT** |

**ANDREW J. PECK, United States Magistrate Judge:**

The parties having informed the Court that they have reached a settlement agreement in principle and are finalizing settlement documents (see attached letter), IT IS HEREBY ORDERED THAT this action is dismissed without prejudice and without costs, provided, however, that any party may reinstate the action within 30 days hereof if the settlement is not fully effectuated. Any pending motions are to be terminated as moot.

        SO ORDERED.

DATED:      New York, New York
                July 1, 2009

                                              Andrew J. Peck
                                              United States Magistrate Judge

Copies **by fax & ECF** to:    Gary S. Mayerson, Esq.
                                    Andrew J. Rauchberg, Esq.
                                    Judge Barbara S. Jones

C:\ORD\Dismiss.AJP

# MAYERSON & ASSOCIATES

330 WEST 38TH STREET, SUITE 600 • NEW YORK, NEW YORK 10018
PHONE (212) 265-7200 • FAX (212) 265-1735 • EMAIL: ADMIN@MAYERSLAW.COM

WWW.MAYERSLAW.COM

---

July 1, 2009

**VIA FACSIMILE**

Hon. Andrew J. Peck, U.S.M.J.
United States Courthouse
500 Pearl Street, Courtroom 20D
New York, NY 10007-1312
Fax: (212) 805-7933



Re: **M.G., on behalf of A.M. v. NYC Dept. of Educ.
Index No. 09 CV 4982 (BSJ) (AJP)**

Dear Judge Peck:

As you are aware, we represent plaintiffs in the above matter. We are respectfully consenting to your office's request that this case be deemed dismissed *without prejudice* to reinstatement within 30 days from today's date. The parties are currently in active settlement discussions and I anticipate that the parties should be able to resolve this matter within the requested 30-day reinstatement period. If not, we will restore the matter.

Thank you for your attention to this matter.

Sincerely,

Gary S. Mayerson

Cc: Andrew J. Rauchberg, Esq.
Assistant Corporation Counsel
City of New York Law Dept.
100 Church Street
New York, New York 10007